IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:07cr070-WHA |
| | ) | [WO] |
| PEREZ ALLEN MANN | ) | |

### ORDER OF DETENTION

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the Court held a detention hearing on January 11, 2008, pursuant to the Government's *Motion for Detention* (Doc. 99). The defendant waived his right to detention hearing therefore, the court detains defendant Mann pending trial.

### Part I -- Findings of Fact

The Grand Jury for the Middle District of Alabama returned a 3 count indictment against defendant Mann alleging violations of firearms statutes. The Court finds no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community. There is a serious risk that the defendant will not appear.

### Part II - Written Statement of Reasons for Detention

The Pretrial Services report establishes that the defendant has a lengthy criminal history, no ties to the community and poses a danger to the community which cannot be offset by conditions upon release.

After having duly considered all the evidence, the nature and circumstances of the offense charged, the weight of the evidence against the defendant and his history. The Court concludes there are no conditions or combination of conditions for release which will reasonably assure the safety of any other person and the community and which will ensure that he is not a flight risk. His lack of ties to this community increase the likelihood of flight.

Based on the foregoing considerations, the court concludes that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant or protect the community and that the defendant should be detained.

## Part III - Directions Regarding Detention

Therefore, it is ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE THIS 11th day of January, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE